**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **EDWARD SIMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No.: 8:21-cv-509 |
| ) | |
| **WEST COAST UNDERGROUND,** ) | |
| **INC.** ) | |
| Defendant. ) | |
| _____/ | |

**NOTICE OF FILING EXHIBIT A TO PLAINTIFF'S COMPLAINT AND**
**DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff by and through his undersigned counsel files this Notice of Filing Exhibit A to Plaintiff's Complaint and Demand for Jury Trial [D.E.1].

Dated: March 4, 2021.            Respectfully Submitted,

*/s/ Gary Martoccio*
Gary Martoccio
Florida Bar No. 099040
**Spielberger Law Group**
4890 W. Kennedy Blvd., Suite 950
Tampa, Florida 33609
T: (800) 965-1570
F: (866) 580-7499
Gary.Martoccio@spielbergerlawgroup.com
*Counsel for Plaintiff*

1